Jared SACHS,[1] Petitioner
Below–Appellant,

v.

Felice DANIELS, Respondent
Below–Appellee.

No. 324, 2017

Supreme Court of Delaware.

Submitted: September 14, 2017
Decided: September 20, 2017

Court Below—Family Court of the State of Delaware in and for New Castle County, File No. CN12–02518, Petition No. 15–31151

DISMISSED.

Bryan L. DAWKINS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 356, 2017

Supreme Court of Delaware.

Submitted: September 13, 2017
Decided: September 21, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 0210013335A (N)

DISMISSED.

■

Johnny JONES, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 126, 2017

Supreme Court of Delaware.

Submitted: July 18, 2017
Decided: September 25, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1607005588 (K)

AFFIRMED.

1. The Court previously assigned pseudonyms to the parties.